

Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Washington, D. C., Charles M. Paschal, Director Region 15, N. L. R. B., New Orleans, La., Edward Wendel, Atty., N. L. R. B., Washington, D. C., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Elliott Moore, Atty., N. L. R. B., for petitioner.

Louis A. Fuselier, Emile C. Ott, Jackson, Miss., for respondent; Fuselier, Hector & Ott, Jackson, Miss., of counsel.

Before GEWIN, BELL and MORGAN, Circuit Judges.

PER CURIAM:

Enforced. See Local Rule 21.[1]

J. Glenn Turner, Dallas, Tex., for petitioner-appellant.

Charles D. Boyd, pro se.

Crawford C. Martin, Atty. Gen. of Texas, Lonny F. Zwiener, Asst. Atty. Gen., Nola White, First Asst. Atty. Gen., Alfred Walker, Executive Asst. Atty. Gen., Robert C. Flowers, Asst. Atty. Gen., for respondent-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

This habeas corpus proceeding involving a state prisoner raises evidentiary procedural matters which do not rise to the level of substantial federal constitutional questions. The district court was therefore correct in denying relief.

Affirmed.

**Charles D. BOYD, Petitioner-Appellant,**

v.

**Dr. Charles J. BETO, Director, Texas Department of Corrections, Respondent-Appellee.**

No. 71-1470
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Aug. 25, 1971.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Tyrone Power TOWNSEND, Defendant-Appellant.**

No. 71-1899
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 10, 1971.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.

* Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

Joe Salem, Atlanta, Ga., for defendant-appellant.

John W. Stokes, U. S. Atty., Allen L. Chancey, Jr., Asst. U. S. Atty., Altanta, Ga., for plaintiff-appellee.

Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

P. A., West Palm Beach, Fla., for plaintiff-appellant.

James E. Thompson, John W. Boult, Tampa, Fla., E. G. Musleh, Ocala, Fla., Fowler, White, Gillen, Humkey, Kinney, & Boggs, P. A., Tampa, Fla., for defendants-appellees.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Joan Mary KIVI, Plaintiff-Appellant,**

v.

**Douglas WILLIS, as Sheriff of Marion County, and K. K. Williams, Individually and as Deputy Sheriff of Marion County, Defendants-Appellees.**

No. 71–1247
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 3, 1971.

**George G. GIORDANO, Petitioner-Appellant,**

v.

**J. J. CLARK, Warden, Respondent-Appellee.**

No. 71–1765
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 13, 1971.

Larry A. Klein, John W. Dell, Cone, Wagner, Nugent, Johnson & McKeown,

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.